MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

## Abstract of the Decision.

1. DIVORCE, § 142*—*what does not affect allowance of solicitors' fee for defending decree. on review.* The fact that the measure adopted by the trial court to ascertain the amount of alimony was held erroneous on appeal does not deprive that court of jurisdiction to allow to a wife solicitors' fees to defend on review the integrity of the alimony decreed.

2. DIVORCE, § 143*—*who may have allowance of solicitors' fees.* The allowance of solicitors' fees in a divorce suit must be made to the wife and not to her solicitors.

Alma Heizer et al., Defendants in Error, v. John W. Heizer, Plaintiff in Error.

### Gen. No. 23,052.    (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. CHARLES M. THOMSON, Judge, presiding. Heard in this court at the March term, 1917. Reversed and remanded with directions. Opinion filed July 2, 1917. Rehearing denied July 16, 1917.

### Statement of the Case.

Bill for divorce by Alma Heizer, complainant, against John W. Heizer, defendant. By this writ of error complainant seeks to reverse a decree allowing solicitors' fees. This case is similar in every material respect to *Heizer v. Heizer, ante,* p. 126.

G. A. BURESH and OTTO WADEWITZ, for plaintiff in error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

No appearance for defendants in error.

Mr. Presiding Justice Holdom delivered the opinion of the court.

### Abstract of the Decision.

1. Divorce, § 142*—*when defendant not prosecuting appeal required to pay solicitors' fees for defending appeal.* The nonprosecution of an appeal taken by and allowed a defendant in a divorce case will not relieve him from the payment of solicitors' fees allowed complainant to defend such appeal, his proper course being to withdraw his appeal before the chancellor and to move for the vacation of the order allowing such fees.

2. Divorce, § 143*—*who may have allowance of solicitors' fees.* The allowance of solicitors' fees in a divorce suit must be made to the wife and not to her solicitors. Following *Heizer v. Heizer, ante,* p. 126.

Charles Verbitzky, Jr., by Charles Verbitzky, Appellee, v. Daniel H. Cunningham, Appellant.

### Gen. No. 23,060. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in this court at the March term, 1917. Reversed with a finding of fact. Opinion filed July 2, 1917.

### Statement of the Case.

Action by Charles Verbitzky, Jr., a minor, by Charles Verbitzky, his father and next friend, plaintiff, against Daniel H. Cunningham, defendant, to recover damages for personal injuries to plaintiff by negligence. From a judgment for plaintiff for $200, defendant appeals.

It appeared that plaintiff, then between two and

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.